FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH H., <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:18-CV-3154-JTR <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 17. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Heather L. Griffith represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 3. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing, further develop the record as necessary, and issue a new decision. The ALJ shall: (1) obtain evidence from a medical expert to clarify the nature and severity of Plaintiff's impairments; (2) evaluate the onset of Plaintiff's disability; (3) reassess

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Plaintiff's residual functional capacity; and (4) proceed with the sequential evaluation, as necessary. Plaintiff may present additional testimony and submit additional evidence.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 12, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE